# HOUSTON POLICE DEPARTMENT

**1300225-15** Suppl No **ORIG**



Houston Police Department
1200 Travis Street
Houston, Texas 77002
713-694-3131 Emergency Dial 9-1-1

Reported Date
**10/08/2015**
Offense Report Title
**Investigation - Mental Health/Illness/NPC**
Officer Name
**WILLIAMS, D**

## Administrative Information

| Agency | Incident # | Suppl No | Reported Date | Reported Time |
|---|---|---|---|---|
| HOUSTON POLICE DEPARTMENT | 1300225-15 | ORIG | 10/08/2015 | 12:39 |

| Status | Offense Report Title |
|---|---|
| Report Written or to Follow | Investigation - Mental Health/Illness/NPC |

| CAD Call Type |
|---|
| 3040 |

| Address | City |
|---|---|
| 857 TIDWELL RD | Houston |

| ZIP Code | Dist/Beat | Station | District | From Date | From Time | Primary Unit |
|---|---|---|---|---|---|---|
| 77022 | 6B10 | NS | 06 | 10/08/2015 | 12:39 | 3B45D |

| Officer Name / Employee# | Division |
|---|---|
| WILLIAMS, D / 089838 | North - Days - Patrol |

| Report Entered By / Employee# | Division |
|---|---|
| WILLIAMS, D / 089838 | North - Days - Patrol |

| RMS Transfer | Property Trans Stat | Weather | Estimated Loss Value | Language Translator |
|---|---|---|---|---|
| Successful | Successful | Clear | None or Not Applicable | No Translator Used |

| Gang Crime | Hate Crime | Family violence | Foster Care Facility | Mental Illness | Metal Theft | Offense County |
|---|---|---|---|---|---|---|
| No | No | No | No | Yes | No | Harris County |

| Approving Officer | Approval Date | Approval Time |
|---|---|---|
| 051669 | 10/09/2015 | 07:24:25 |

| # Offenses | Offense | Description | Complaint Type |
|---|---|---|---|
| 1 | 27340 | Investigation - Ment | Dispatched |

## Person Summary

| Invl | Invl No | Type | Name (Last,First MI) | MNI |
|---|---|---|---|---|
| CAB | 1 | B | FUEL EXPO | 1782452 |

| Race | Sex | DOB |
|---|---|---|
|  |  |  |

| Invl | Invl No | Type | Name (Last,First MI) | MNI |
|---|---|---|---|---|
| COM | 2 | I | ALI,NIZAR | 1750463 |

| Race | Sex | DOB |
|---|---|---|
| A | M |  |

| Invl | Invl No | Type | Name (Last,First MI) | MNI |
|---|---|---|---|---|
| SUS | 1 | I | WALKER,FLORENCE | 1893410 |

| Race | Sex | DOB |
|---|---|---|
| B | F |  |

| Invl | Invl No | Type | Name (Last,First MI) | MNI |
|---|---|---|---|---|
| WIT | 1 | I | DAVIS,RAYMOND | 381115 |

| Race | Sex | DOB |
|---|---|---|
| B | M |  |



(34)

| Report Officer | Printed At | |
|---|---|---|
| 089838/WILLIAMS, D | 06/12/2017 14:44 | Page 1 of 4 |

TASER_TAYLOR 005125

PLTF RESP EXHIBIT 4

**1300225-15** Suppl No **ORIG**

# HOUSTON POLICE DEPARTMENT

## Complainant - Business / Government 1: FUEL EXPO

| Involvement | Inv No | Type |
|---|---|---|
| Complainant - Business / Government | 1 | Business |

Name (Last, First MI): **FUEL EXPO**
MNI: 1782452
PRN: 1047638

Reported Date: 10/08/2015
Type: Work / Business
Address: 857 TIDWELL RD
Dist/Beat: 6B10
City: Houston  State: Texas  ZIP Code: 77022  Date: 10/08/2015
Phone Type: Work / Business  Phone No: (832) 435-8293  Date: 10/08/2015

Is person a mental health consumer?(Y/N/U): N
Emergency Detention Order filed? (Y/N): N
Admitted to what hospital? (F1 for List): N
Is the person homeless? (Y/N/U): N
Is person a Boarding Home employee?(Y/N/U): N

## Complainant 2: ALI, NIZAR

| Involvement | Inv No | Type |
|---|---|---|
| Complainant | 2 | Individual |

Name (Last, First MI): **ALI, NIZAR**
MNI: 1750463  Race: Asian  Sex: Male

DOB: [redacted]  Age: 62  Juvenile?: No  Height: 5'09"  Weight: 162#  Hair Color: Black  Eye Color: Brown  PRN: 1047639  Reported Date: 10/08/2015

Type: Home  Address: 21606 OLEASTER SPRINGS LN
City: Richmond  State: Texas  ZIP Code: 77469  Date: 10/08/2015

Type: Mailing  Address: 21606 OLEASTER SPRINGS LN
City: Richmond  State: Texas  ZIP Code: 77469  Date: 10/08/2015

Type: State Issued Drivers License / ID Card #  ID No: 14773168  ST: TX
Type: State Issued Drivers License / ID Card #  ID No: 14773168  ST: TX

Is person a mental health consumer?(Y/N/U): N
Emergency Detention Order filed? (Y/N): N
Admitted to what hospital? (F1 for List): N
Is the person homeless? (Y/N/U): N
Is person a Boarding Home employee?(Y/N/U): N

## Suspect 1: WALKER, FLORENCE

| Involvement | Inv No | Type | Name (Last, First MI) |
|---|---|---|---|
| Suspect | 1 | Individual | WALKER, FLORENCE |

MNI: 1893410  Race: Black, Black Hispanic or African American  Sex: Female  DOB: [redacted]  Age: 37
Juvenile?: No  Height: 5'06"  Weight: 120#  Hair Color: Black  Eye Color: Black  PRN: 1047640  Reported Date: 10/08/2015

Type: Social Security Number  ID No: [redacted]

Is person a mental health consumer?(Y/N/U): Y
Emergency Detention Order filed? (Y/N): Y
Admitted to what hospital? (F1 for List): B
Is the person homeless? (Y/N/U): Y
Is person a Boarding Home employee?(Y/N/U): N

## Witness 1: DAVIS, RAYMOND

| Involvement | Inv No | Type | Name (Last, First MI) |
|---|---|---|---|
| Witness | 1 | Individual | DAVIS, RAYMOND |

MNI: 381115  Race: Black, Black Hispanic or African American  Sex: Male  DOB: [redacted]  Age: 61
Juvenile?: No  Height: 5'11"  Weight: 170#  Hair Color: Gray or Partially Gray  Eye Color: Brown  PRN: 1047641  Reported Date: 10/08/2015

Type: State Issued Drivers License / ID Card #  ID No: 3630223  ST: TX

---

Report Officer: 089838/WILLIAMS, D
Printed At: 06/12/2017 14:44
Page 2 of 4

1300225-15   Suppl No ORIG 

# HOUSTON POLICE DEPARTMENT

| Type | ID No |
|---|---|
| Social Security Number | ~~redacted~~ |
| Type | ID No |
| FBI Number | 911308LA1 |
| Type | ID No |
| State Criminal Identification Number (SID) | 2350676 |
| Type | ID No |
| Package Number | 381115 |
| Type | ID No |
| HPD Identification Number (OLO Legacy) | 0290298 |
| Type | ID No |
| Social Security Number | ~~redacted~~ |

| Phone Type | Phone No | Date |
|---|---|---|
| Cell - Mobile | (713) 699-1064 | 10/08/2015 |

| Is person a mental health consumer?(Y/N/U) | Emergency Detention Order filed? (Y/N) | Admitted to what hospital? (F1 for List) | Is the person homeless? (Y/N/U) |
|---|---|---|---|
| N | N | N | N |

Is person a Boarding Home employee?(Y/N/U)
N

## Modus Operandi

| Gang Act? | Premise Type |
|---|---|
| No | Convenience Store Parking Lot |

## Brief Summary
UNIT DISPATCHED TO SIMPLE DISTURBANCE, ASSAULTED BY MENTAL HEATH CONSUMER

## Narrative
**INTRODUCTION;**
I AM OFFICER D. L. WILLIAMS WITH THE HOUSTON POLICE DEPARTMENT'S NORTH POLICE DIVISION UNIT 3B45D. TODAY I WAS SENT TO CHECK BY WITH UNIT 6B36D ON AN ASSIST THE OFFICER CALL AT 857 W TIDWELL AT 1255 HOURS, ON A CALL THAT WAS ORIGINALLY JUST A DISTURBANCE. I ARRIVED SOME MINUTES LATER AND FOUND OFFICER TAYLOR WITH THE HELP OF ASSISTING OFFICER TAKING THE RESISTING SUSPECT INTO CUSTODY.

COMPLAINANT:   FUEL EXPO

COMPLAINANT:   MR ALI NIZAR PH: 832-435-8293
  MR NIZAR STATED THAT HE HAD BEEN TRYING TO TALK THE UNHINGED WOMAN INTO LEAVING FOR ALMOST AN HOUR. HE STATED WHEN SHE TOOK A WATER WITHOUT PAYING FOR IT, EVEN THOUGH HE OFFERED HER A CUP OF WATER HE'D HAD ENOUGH. MR NIZAR SAYS HE CALLED THE POLICE AND JUST WANTED THE LADY TO LEAVE. HE SAYS HE DID NOT SEE THE ENCOUNTER UNTIL THE WOMAN RAN BACK IN HIS STORE SCREAMING.

COMPLAINANT:   OFFICER K. TAYLOR
  SEE SUPPLEMENT 1

WITNESSES:   MR RAYMOND DAVIS PH 713-699-1064
  MR DAVIS SAID THAT HE HAD BEEN THERE THE WHOLE TIME. HE SAYS THE LADY IS CRAZY AND NEEDS HELP. HE STATED THE OFFICER TRIED TO TALK TO THE WOMAN BUT SHE WOULD NOT LISTEN AND THEY GOT INTO IT. MR DAVIS SAYS HE WISHES THE OFFICER HAD WAITED ON HELP. HE SAYS AFTER THE WOMAN WAS TAZED SHE FELL AND HIT HER HEAD BUT ALMOST IMMEDIATELY JUMPED UP AND RAN TO HIM BEFORE RUNNING IN THE STORE. MR DAVIS SAYS THAT IS HOW HE GOT BLOOD ON HIS SHIRT. MR DAVIS SAYS HE HAS SEEN THE WOMAN AROUND AND SHE IS NOT USUALLY THAT BAD.

REPORTEE:   MR NIZAR CALLED PD....

OFFICERS PARAGRAPH;
  THE LOCATION IS THE PARKING LOT AND STORE OF THE FUEL EXPO AT 857 TIDWELL RD.

OFFICERS ACTIONS:
  OFFICER K TAYLOR IN UNIT 6B36D WAS SENT TO A DISPATCHED CALL OF A DISTURBANCE AT 857 TIDWELL. SHE SAYS THE SUSPECT;L MS WALKER,FLORENCE  FOUGHT HER WHEN SIMPLY ASKED TO

| Report Officer | Printed At | |
|---|---|---|
| 089838/WILLIAMS, D | 06/12/2017 14:44 | Page 3 of 4 |

# HOUSTON POLICE DEPARTMENT

**1300225-15**  Suppl No  ORIG

### Narrative

LEAVE.

SEE SUPPLEMENT 1, FOR DETAILS.  ==MHMRA CONSUMER TRANSPORTED TO HARRIS COUNTY BEEN TAUB APPARENTLY HEARING VOICES, AND CLAIMING TO BE GOD.==

SUSPECTS:   1 SUSPECT,   NO CHARGES    MHMRA SUSPECT

DISPOSITION;  REPORT

EVIDENCE, FOUND, OR RECOVERED PROPERTY:   NONE.   BUT POSSIBLE VIDEO AT STORE.

| Report Officer | Printed At | |
|---|---|---|
| 089838/WILLIAMS, D | 06/12/2017 14:44 | Page 4 of 4 |

TASER_TAYLOR 005128

**PLTF RESP EXHIBIT 4**