**1300225-15**  Suppl No 0005

# HOUSTON POLICE DEPARTMENT



Houston Police Department
1200 Travis Street
Houston, Texas 77002
713-884-3131  Emergency Dial 9-1-1

Reported Date
**10/09/2015**
Offense Report Title
**Investigation - Mental Health/Illness/NPC**
Officer Name
**REYNA, R**

## Administrative Information

| Agency | Incident # | Suppl No | Reported Date | Reported Time |
|---|---|---|---|---|
| HOUSTON POLICE DEPARTMENT | 1300225-15 | 0005 | 10/09/2015 | 07:51 |

| Status | Offense Report Title |
|---|---|
| Report Written or to Follow | Investigation - Mental Health/Illness/NPC |

CAD Call Type: **3040**

| Address | | | | | | City |
|---|---|---|---|---|---|---|
| 857 TIDWELL RD | | | | | | Houston |
| ZIP Code | Dist/Beat | Station | District | From Date | From Time | |
| 77022 | 6B10 | NS | 06 | 10/08/2015 | 12:39 | |

| Officer Name / Employee# | Division |
|---|---|
| REYNA, R / 082910 | North - Days - Patrol |
| Report Entered By / Employee# | Division |
| REYNA, R / 082910 | North - Days - Patrol |

| RMS Transfer | Property Trans Stat | Approving Officer | Approval Date | Approval Time |
|---|---|---|---|---|
| Successful | Successful | 097616 | 10/10/2015 | 06:48:59 |

## Modus Operandi

Gang Act? **No**

## Narrative

INTRODUCTION:
==============


COMPLAINANT STATEMENTS:



========================


WITNESS STATEMENTS:
===================


REPORTEE STATEMENT:
===================


OFFICER'S PARAGRAPH/SCENE DESCRIPTION:
======================================


OFFICER'S ACTIONS:
==================


DISPOSITION:
============

EXHIBIT 10

| Report Officer | Printed At | |
|---|---|---|
| 082910/REYNA, R | 06/12/2017 14:44 | Page 1 of 4 |

**1300225-15** Suppl No 0005

## HOUSTON POLICE DEPARTMENT

**Narrative**

SUSPECT STATEMENTS:
==================

PROPERTY/EVIDENCE FOUND OR RECOVERED:
=====================================

### SUPERVISOR CONDUCTED ENERGY DEVICE (CED) SUPPLEMENT

Officer(s) Discharging CED:Karen Taylor
Employee Number (s):134411

Make/Model Number of CED Device:Taser X2
Serial Number of CED Device:X29001CP2
Serial Number of Air Cartridges used:(C6200WCVC) (C6200WCTH)

Location of dart strikes or drive stunned:FRONT CHEST AREA
Darts removed by:SUSPECT
Medical condition of Suspect:GOOD, ABRASION TO FOREHEAD AND CUT LIP

### CED RECORDED DOWNLOAD INFORMATION

| Date: 10/8/15 | Time: 12;46 | Duration:5 SEC |
| Date: 10/8/15 | Time: 12: 46 | Duration:5 SEC |
| Date  10/8/15 | Time 12;46 | Duration 5 sec |

Suspect transport to: BEN TAUB    by:UNIT 3B31D OFFICER T. MCCURRY #129532, D. WEBB #155292
Jail person notified of CED Event:

Sergeant R. Reyna, riding unit 6B07D, arrived on the scene at 1255 hours. The location of the CED event was 857 W. Tidwell. Sergeant R. Reyna conducted an inquiry into the CED event and gathered the information required for this supplemental report. The suspect was provided medical treatment at the scene by HFD #13. Sergeant R. Reyna obtained Officer K. Taylor #134411 CED device and later downloaded the device to obtain the recorded information that includes: date, time, and duration of CED cycles. Sergeant Reyna notified the Command Center of the CED event, completed the Significant Event Report, and then emailed/faxed the report to the Command Center. Sgt Clay at the Command Center verified receipt of the Significant Event Report. Sergeant Reyna then completed the CED Checklist, generated this supplemental report, and submitted the completed CED packet for review.

**Officer(s) on scene during CED activation:**
**K. Taylor #134411**

**Summary of officer/witness/suspect statements not already included in a report:**

**Summary of CED Discharge:**
**OFFICER TAYLOR DISCHARGED TWO CARTRIDGES AT THE SUSPECT STRIKING SUSPECT IN TORSO, THE SECOND CARTRIDGE HAD LITTLE EFFECT AND OFFICER TRYED TO DRY STUN THE SUSPECT BUT TASER DID NOT APPEAR TO WORK.**

**Sergeant's reiteration of the officer's justification for the CED activation:**

| Report Officer | Printed At | |
|---|---|---|
| 082910/REYNA, R | 06/12/2017 14:44 | Page 2 of 4 |

TASER_TAYLOR 005117
**PLTF RESP EXHIBIT 6**

**1300225-15**  Suppl No 0005

## HOUSTON POLICE DEPARTMENT

**Narrative**

THE SUSPECT GRABBED AND STRUCK AT OFFICER.

In conclusion, Sergeant R. Reyna reviewed the original report and/or supplemental report(s) and found that it/they contained all of the required facts.

USE OF FORCE SUPPLEMENT FOR ON-SCENE SERGEANT:

**Officer with employee number:** K. TAYLOR #134411, J. BLAND #102031, C. REYES #138240, K. BOUNDS #99209, R. REYNA #82910

**Used force on suspect (Last name, First name):** WALKER, FLORENCE

**Sergeant On-Scene checks (X) to indicate the following were completed by the Officer using force.**

(x) Prior to going off duty, each officer using force on a suspect completed an incident or supplement report that included the following:
- (x) Use of Force form.
- (x) Names of all officers on the scene when force was used.
- (x) Names of all officers who used force during incident.
- (x) Specific reason that justified use of force, including the suspect's actions or behaviors.
- (x) Medical condition of the suspect and where and by whom the suspect was transported.
- (x) Medical condition of the officer and if IOD paperwork was completed.

**Sergeant On-Scene checks (X) to indicate his/her following responsibilities were completed.**

(x) Within three days following the incident, reviewed the incident report and all accompanying supplement reports to ensure inclusion of all necessary data.

(x) Within three days following the incident, completed a supplement using the Use of Force supplement template and included the following:
- (x) Name and employee number of officers using force.
- (x) Medical condition of the suspect and where and by whom the suspect was transported.
- (x) Medical condition of the officer and if IOD paperwork was completed.

(x) Completed the supplement narrative and included the following:
- (x) Date and time of the sergeant's arrival on the scene.
- (x) Any officer statement not included in the incident or supplement reports.
- (x) The sergeant's narrative of events of incident.
- (x) A statement that the supervisor reviewed the incident report and it contains all of the required facts.

Please complete:

**Medical condition of the suspect:** Good, minor abrasion on forehead and cut lip...Treated at scene by HFD

**Suspect transported to:** Ben Taub
**Suspect transported by:** Unit 3B31D, OFFICER T. MCCURRY #129532, D. WEBB #155292

**Medical condition of the officer:** POSSIBLE INJURY TO RIGHT HAND

**Sergeant's Observations and Actions:**
I, SERGEANT R. REYNA #82910 ON 10/8/15 RESPONDED TO AN ASSIST THE OFFICER CALL AT 857 W.

| Report Officer | Printed At | |
|---|---|---|
| 082910/REYNA, R | 06/12/2017 14:44 | Page 3 of 4 |

TASER_TAYLOR 005118
PLTF RESP EXHIBIT 6

**1300225-15**  Suppl No 0005

## HOUSTON POLICE DEPARTMENT

### Narrative

TIDWELL. I ARRIVED AT APPROXIMATELY 1255 HOURS. OFFICER K. TAYLOR HAD RECEIVED A CALL ABOUT A FEMALE WHO HAD RETURNED TO THE BUSINESS AFTER BEING TOLD EARLIER BY OFFICERS NOT TO RETURN. THE SUSPECT HAD BEEN INSIDE THE STORE OPENING WATER BOTTLES AND TAKING A DRINK THEN PUTTING THEM BACK ON SHELF. WHEN OFFICER TAYLOR CONFRONTED THE SUSPECT OUTSIDE THE STORE, THE SUSPECT BECAME WAS EXTREEMELY AGGITATED AND BEGAN CURSING OFFICER. OFFICER TAYOR ATTEMPTED TO CALM THE SUSPECT DOWN AND PUT HER HAND ON THE SUSPECTS ARM TO LEAD HER TO THE PATROL VEHICLE. THE SUSPECT JERKED HER ARMS AWAY FROM OFFICER AND THEN BEGAN TO RUN BACK INTO THE CONVENIENCE STORE. OFFICER TAYOR CONFRONTED THE SUSPECT ONCE AGAIN, WHO THEN GRABBED OFFICER TAYLOR IN A BEAR HUG AND ATTEMPTED TO STRIKE OFFICER WITH HER FISTS. OFFICER TAYLOR WAS TO CLOSE TO THE SUSPECT AT THIS TIME TO DEPLOY HER CED DEVICE AND HAD TO FIGHT THE SUSPECT HAND TO HAND STRIKING THE SUSPECT SEVERAL TIMES, BEFORE SHE EVENTUALLY TASERED THE SUSPECT TWO TIMES IN THE CHEST AREA, HAVING LITTLE EFECT ON THE SUSPECT, WHO PULLED THE DARTS OUT AND CONTINUED TO RUN AROUND THE STORE. BACK UP UNITS ARRIVED AND WERE FINALLY ABLE TO TAKE THE SUSPECT INTO CUSTODY. THE SUSPECT WAS TREATED AT THE SCEND BY HFD #13 AND THEN TRANSPORTED TO BEN TAUB BY UNIT 3B31D. ==THE DA REFUSED CHARGES ON THE SUSPECT, DUE TO HER MENTAL STATE. THE SUSPECT WAS ADMITTED TO BEN TAUB ON AN EMERGENCY DETENTION ORDER TO DEAL WITH HER MENTAL HEALTH ISSUES.== OFFICER TAYOR WAS TREATED AT THE SCENE FOR A HAND INJURY AND WILL SEEK FURTHER MEDICAL ATTENTION. INJURED ON DUTY PAPER WORK WAS INITIATED.

| Report Officer | Printed At | |
|---|---|---|
| 082910/REYNA, R | 06/12/2017 14:44 | Page 4 of 4 |

TASER_TAYLOR 005119

**PLTF RESP EXHIBIT 6**