30(b)(6) Taser International - July 24, 2017
Michael Gish

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(HOUSTON DIVISION)

KAREN TAYLOR,                        )
                                     )
    Plaintiff,                       )
                                     )  Case No.
vs.                                  )  4:17-cv-00673-GHM
                                     )
TASER INTERNATIONAL, INC.,           )
                                     )
    Defendant.                       )
_____)

VIDEOTAPED 30(b)(6) DEPOSITION OF
TASER INTERNATIONAL, INC.
BY MICHAEL GISH

Carefree, Arizona

July 24, 2017

Prepared by:

Gerard T. Coash, RPR, RMR
Certified Reporter
Certification No. 50503

**Coash & Coash, Inc.**
602-258-1440          www.coashandcoash.com

30(b)(6) Taser International - July 24, 2017     30
Michael Gish

```
10:27:59  1   the surrogate.
10:28:01  2   BY MR. VICKERY:
10:28:01  3        Q.   Do you do swine testing on the effect on the
10:28:06  4   muscles of the pigs?
10:28:09  5        A.   Yes.
10:28:09  6        Q.   And on the cardiac rhythms, of course?
10:28:14  7        A.   Of course.
10:28:14  8        Q.   So you're looking at both the safety from a
10:28:16  9   cardiac standpoint and the efficacy in terms of
10:28:20 10   incapacitating the muscles, true?
10:28:23 11        A.   That is correct.
10:28:24 12        Q.   Because the goal, in terms of protecting a police
10:28:28 13   officer, is to have a weapon that will control the subject
10:28:37 14   or suspect through neuromuscular incapacitation rather
10:28:42 15   than resorting to psychological factors or pain, isn't it?
         16             MS. NGUYEN:  Object to form and foundation.
10:28:45 17             THE WITNESS:  That is correct.
10:28:45 18   BY MR. VICKERY:
10:28:45 19        Q.   Okay.  Now, last year you were quoted publicly as
10:28:51 20   saying the -- your new consumer weapon, the TASER pulse,
10:28:55 21   has the same stopping power as the commercial.  And we're
10:28:58 22   not going to talk a lot about the pulse, but I want to
10:29:04 23   know what you meant when you used the word "stopping
10:29:06 24   power."
10:29:08 25             MS. NGUYEN:  Object to form and foundation.
```

```
10:29:09   1                    THE WITNESS:  It uses the same circuit, in
10:29:12   2     principle, as the X2 circuit.
10:29:15   3     BY MR. VICKERY:
10:29:15   4         Q.   So is it rated at 63 microcoulombs, plus or
10:29:20   5     minus 9?
10:29:23   6         A.   It is not.
10:29:23   7         Q.   What's it -- what's it out- -- or charge output?
10:29:34   8         A.   I think it's about 90 microcoulombs.
10:29:38   9         Q.   90?
10:29:39  10         A.   90, I think.
10:29:40  11         Q.   Okay.  So actually higher than the X2?
10:29:45  12                    MS. NGUYEN:  Object to form and foundation.
          13     BY MR. VICKERY:
10:29:47  14         Q.   Is that true?
10:29:48  15         A.   Yes.
10:29:49  16         Q.   How does that same waveform or circuit produce a
10:29:53  17     higher charge output?
10:30:01  18         A.   We update the firm wear.  And the circuit is
10:30:09  19     slightly different.  But fundamentally, it's the same
10:30:11  20     circuit.
10:30:12  21         Q.   Is it the Oslo circuit?
10:30:15  22         A.   Fundamentally, yes.
10:30:16  23         Q.   And when you -- when you developed the Oslo
10:30:22  24     circuit to incorporate and weaponize into the X2, did you
10:30:26  25     test it on swine?
```

| | | |
|---|---|---|
| 11:02:23 | 1 | state your question again. |
| 11:02:24 | 2 | BY MR. VICKERY: |
| 11:02:24 | 3 |    Q.   Well, let's take both parts of it. |
| 11:02:26 | 4 |           The -- both the X26 and the M26 have proven |
| 11:02:32 | 5 | effective at inca- -- incapacitating even the most |
| 11:02:36 | 6 | aggressive subjects, haven't they? |
| 11:02:39 | 7 |    A.   According -- |
| 11:02:39 | 8 |           MS. NGUYEN:  Object to form and foundation. |
| 11:02:40 | 9 |           THE WITNESS:  According to this -- according |
| 11:02:42 | 10 | to this, it says right there. |
| 11:02:44 | 11 | BY MR. VICKERY: |
| 11:02:44 | 12 |    Q.   I know. |
| 11:02:44 | 13 |           And I'm asking you, according to your |
| 11:02:46 | 14 | experience with the company, that's certainly true, isn't |
| 11:02:48 | 15 | it? |
| 11:02:49 | 16 |           MS. NGUYEN:  Object to form and foundation. |
| 11:02:52 | 17 |           This is not a topic for which this witness |
| 11:02:55 | 18 | has been designated. |
| 11:02:56 | 19 |           If you know. |
| 11:03:14 | 20 |           THE WITNESS:  Yes, I believe that to be |
| 11:03:15 | 21 | true. |
| 11:03:15 | 22 | BY MR. VICKERY: |
| 11:03:16 | 23 |    Q.   And it's been the consistent position of your |
| 11:03:20 | 24 | company for many, many years that neither of those |
| 11:03:23 | 25 | devices, the M26 or the X26, posed any appreciable risk of |

```
11:03:29  1   cardiac safety to the suspect, hasn't it?
11:03:31  2              MS. NGUYEN:  Object to form and foundation.
11:03:32  3   That's completely irrelevant.  And he's not designated on
11:03:34  4   that topic.
11:03:35  5              You don't have to answer.
11:03:37  6              THE WITNESS:  I'm not --
11:03:37  7              MS. NGUYEN:  You don't have to answer.
11:03:41  8              THE WITNESS:  Okay.
          9   BY MR. VICKERY:
11:03:45 10       Q.   Tell me something, Mr. Gish.  Does it make any
11:03:50 11   sense to you whatsoever that we should be arming
11:03:56 12   housewives with more powerful weapons than police
11:03:59 13   officers?
11:03:59 14              MS. NGUYEN:  Object to form and foundation.
11:03:59 15              You don't have to answer that question.
11:04:01 16              MR. VICKERY:  He doesn't have to answer that
11:04:03 17   question?
11:04:04 18              MS. NGUYEN:  No.  You're asking opinion
11:04:06 19   information at this point.  And he has not been
11:04:08 20   designated -- it doesn't fall within any of the topics
11:04:10 21   that he's been designated.  That's improper questioning.
11:04:13 22              MR. VICKERY:  Thank you for coming.
11:04:36 23              I have no further questions for this man
11:04:38 24   today.
11:04:41 25              MS. NGUYEN:  I don't have any follow-up.
```

```
 1   STATE OF ARIZONA     )
 2   COUNTY OF MARICOPA   )
 3              BE IT KNOWN the foregoing deposition was
 4   taken by me pursuant to stipulation of counsel; that I was
 5   then and there a Certified Reporter of the State of
 6   Arizona, and by virtue thereof authorized to administer an
 7   oath; that the witness before testifying was duly sworn by
 8   me to testify to the whole truth; notice was provided that
 9   the transcript was available for signature by the
10   deponent; that the questions propounded by counsel and the
11   answers of the witness thereto were taken down by me in
12   shorthand and thereafter transcribed into typewriting
13   under my direction; that the foregoing pages are a full,
14   true, and accurate transcript of all proceedings and
15   testimony had and adduced upon the taking of said
16   deposition, all to the best of my skill and ability.
17           I FURTHER CERTIFY that I am in no way related to
18   nor employed by any parties hereto nor am I in any way
19   interested in the outcome hereof.
20           DATED at Phoenix, Arizona, this 31st day of July,
21   2017.
22
23                          _____
                            Gerard T. Coash, RMR
24                          Certified Reporter #50503
25
```